UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :          INDICTMENT

      -v.-                            :          08 Cr.

WILLIAM HAMILTON,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - - X



COUNT ONE

**08 CRIM 188**

The Grand Jury charges:

1.    On or about October 1, 2007, in the Southern District of New York and elsewhere, WILLIAM HAMILTON, the defendant, unlawfully, willfully, and knowingly did produce, transfer, and possess document-making implements and authentication features with the intent such document-making instruments and authentication features would be used in the production of false identification documents and other document making implementations and authentications features which would be so used, to wit, HAMILTON possessed implements, impressions, templates, computer files, computer discs, and computer hardware and software, among other document-making implements, that were primarily used to make false driver's licenses.

                (Title 18, United States Code,
         Sections 1028(a)(5) and (b)(1)(C) and (2).)

COUNT TWO

The Grand Jury further charges:

2.    On or about October 1, 2007, in the Southern District of New York and elsewhere, WILLIAM HAMILTON, the defendant, unlawfully, willfully, and knowingly, did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Section 1028A(c), to wit, HAMILTON during an in relation to a felony violation under Title 18, United States Code, Section 1028(a)(5) possessed, used, and transferred the  names, credit card account numbers, and driver's licenses' of other persons to commit access device fraud as charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1) and (2).)

COUNT THREE

The Grand Jury further charges:

3.    On or about October 1, 2007, in the Southern District of New York and elsewhere, WILLIAM HAMILTON, the defendant, unlawfully, willfully, and knowingly and with intent to defraud, did possess fifteen and more devices which are counterfeit and unauthorized access devices, to wit, HAMILTON possessed more than fifteen counterfeit credit cards.

(Title 18, United States Code, Sections 1029(a)(3) and (2).)

2

COUNT FOUR

The Grand Jury further charges:

4.    On or about October 1, 2007, in the Southern District of New York and elsewhere, WILLIAM HAMILTON, the defendant, unlawfully, willfully, and knowingly and with intent to defraud, did produce, traffic in, have control and custody of, and possess device-making equipment, to wit, HAMILTON possessed equipment, mechanisms, and impressions designed and primarily used to make counterfeit credit cards and driver's licenses.

(Title 18, United States Code, Section 1029(a)(4) and (2).)

FORFEITURE ALLEGATION

AS TO COUNTS ONE THROUGH FOUR

5.    As a result of committing the offenses alleged in Counts One through Four of this Indictment, WILLIAM HAMILTON, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the access device fraud and means of identification fraud.

Substitute Asset Provision

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

3

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982
and Title 18, United States Code, Sections 2, 1028A, 1029.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v. -

WILLIAM HAMILTON,

Defendant.

## INDICTMENT

08 Cr.    (___)

(18 U.S.C. §§ 1028(a)(5) and (b)(1)(C), 1029A(a)(1),
1029(a)(3), 1029(a)(4) and (2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Thomas P. Eagan*

Foreperson.