UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                      -against-

WILLIAM HAMILTON,
                               Defendant.
------------------------------------------------------------------X

08 cr 188  (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, March 18, 2008 at 3:00pm**

before the Honorable John G. Koeltl.

Since the additional time to schedule a conference in this matter is due to the unavailability

of the parties, the Court prospectively excludes the time from today until **March 18, 2008** in

calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such

a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant

to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         March 5, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08