```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                        08 Cr. 188 (JGK)

WILLIAM HAMILTON,                     SPEEDY TRIAL ORDER

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **May 8, 2008** at **4:30 p.m.**

    Because an adjournment is needed to allow for the Government to complete discovery and for the defendant to review it, and to assure the effective assistance of counsel, at the conference on March 18, 2008, the Court prospectively excluded the time from **March 18, 2008** until **May 8, 2008** from Speedy Trial Act calculations and now confirms that exclusion. As stated on the record, the Court finds the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            March 19, 2008

                                             John G. Koeltl
                                     United States District Judge