```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

WILLIAM HAMILTON,

        Defendant.
------------------------------------------------------------X

08 cr 188 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, July 25, 2008 at 2:30pm** before the Honorable John G. Koeltl.

Since the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **July 25, 2008** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

Dated: New York, New York
       June 13, 2008

                               JOHN G. KOELTL
                       UNITED STATES DISTRICT JUDGE